UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:06-BK-03042-GLP

IN RE:
PHYLIS LASHLEY RODGERS

_____/

## ORDER CONFIRMING CHAPTER 13 PLAN
## ALLOWING CLAIMS AND DIRECTING DISTRIBUTION

It having been determined after hearing on notice that the Plan complies with the provisions of 11 U.S.C. §1325, it is

ORDERED:

1. The Plan, dated December 18, 2006, as amended in open court, is confirmed.

2. The balance of the interim funds shall be applied to the Confirmed Plan payments.

3. Payments shall be made by the Debtor in the amount of $2,625.33 per month, for months 1 - 60. Payments shall be made to Mamie L. Davis, Trustee, at **P.O. Box 863049, Orlando, Florida 32886-3049.**

4. The Trustee shall pay all claims provided for in the Plan for which proofs of claims have been filed. Distributions shall commence and be made by the Trustee on a monthly basis following this Confirmation on secured and priority claims only. Distributions shall not commence to the allowed general unsecured claimants until after the claims bar date.

5. The Trustee shall make full disbursements in the following order:

   a. Commissions and costs as the Court may from time to time approve.

   b. Distributions to creditors who have filed claims and are ruled by the Court as priority, secured, or unsecured as set forth in the attached Exhibit A. Creditors whose claims are allowed as priority or secured shall be paid the amount shown on Exhibit A.

   c. Any claim or amended claim filed after February 19, 2007, unless specifically provided for in Exhibit A or separate order of the Court, shall receive no distribution.

PHYLIS LASHLEY RODGERS                    CASE NO: 3:06-BK-03042-GLP

6. Secured creditors shall retain their liens.

Entered in Jacksonville, Florida on the ___30___ day of January, 2007.

_____
George L. Proctor
United States Bankruptcy Judge

EXHIBIT A
CASE NO: 3:06-bk-03042-GLP
PHYLIS LASHLEY RODGERS

| Creditor | Claim Type | Claim Amount | Amount * Allowed | Monthly Payment |
|---|---|---|---|---|
| N/A Trustee Expenses | P | | As set by U.S. Trustee | |
| ATTORNEY FOR DEBTOR | P | $1,650.00 | $1,650.00 | $275.00 |
| AMERIQUEST MORTGAGE COMPAN | M | $188,057.64 | $79,134.60 | $1,318.91 |
| CAPITAL ONE BANK | U | $1,127.00 | $1,127.00 | P/R |
| ORTEGA BLUFF HOMEOWNERS ASS | S | $3,436.52 | $3,436.52 | $57.28 |
| INTERNAL REVENUE SERVICE | P | $2,275.00 | $2,275.00 | $37.92 |
| STATE OF FL-DEPARTMENT OF REV | P | $7,547.63 | $7,547.63 | $125.79 |
| STATE OF FL-DEPARTMENT OF REV | U | $729.64 | $729.64 | P/R |
| AMERIQUEST MORTGAGE COMPAN | MA | $40,749.41 | $40,749.41 | $679.16 |

Claim type code: P- Priority; S- Secured; M- Mortgage; MA- Mortgage Arrearage; SA-Arrearage; U- Unsecured; P/R- Pro-rata; SC- Surrender Collateral; D- Claim Disallowed; L-Late Claim; **No Claim filed; * Includes interest, if applicable, # - Filed after original Exhibit-A entered.

Copies to:
DEBTOR
WILLIAM EARL HORNE, JR ESQUIRE
CREDITORS
TRUSTEE
ALL INTERESTED PARTIES