UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

PHYLIS LASHLEY RODGERS                    Case No. 3:06-bk-03042-GLP

_____Debtor_____/


## NOTICE OF AMENDED EXHIBIT A TO ORDER CONFIRMING CHAPTER 13 PLAN ALLOWING CLAIMS AND DIRECTING DISTRIBUTION

NOTICE is hereby given of the attached Amended Exhibit A, based on a post bar date review and additional unsecured claims having been filed. The Amended Exhibit A includes the addition of claim(s) for:

JEFFERSON CAPITAL SYSTEMS

All Claims will be paid pursuant to the Order Confirming Chapter 13 Plan Allowing Claims and Directing Distribution, dated January 30, 2007.

Respectfully submitted this 18th day of April, 2007.

/s/ Mamie L. Davis
MAMIE L. DAVIS, Chapter 13 Trustee
Florida Bar No. 0299390
Post Office Box 4308
Jacksonville, Florida 32201
Phone: (904) 358-6465
Fax: (904) 634-0038

Copies to:
All Interested Parties

AMENDED EXHIBIT A
CASE NO: 3:06-bk-03042-GLP
PHYLIS LASHLEY RODGERS

| Creditor | Claim Type | Claim Amount | Amount * Allowed | Monthly Payment |
|---|---|---|---|---|
| N/A Trustee Expenses | P | | As set by U.S. Trustee | |
| ATTORNEY FOR DEBTOR | P | $1,650.00 | $1,650.00 | $275.00 |
| AMERIQUEST MORTGAGE COMPAN | M | $188,057.64 | $79,134.60 | $1,318.91 |
| CAPITAL ONE BANK | U | $1,127.00 | $1,127.00 | P/R |
| ORTEGA BLUFF HOMEOWNERS ASS | S | $3,436.52 | $3,436.52 | $57.28 |
| INTERNAL REVENUE SERVICE | P | $2,275.00 | $2,275.00 | $37.92 |
| STATE OF FL-DEPARTMENT OF REV | P | $7,547.63 | $7,547.63 | $125.79 |
| STATE OF FL-DEPARTMENT OF REV | U | $729.64 | $729.64 | P/R |
| AMERIQUEST MORTGAGE COMPAN | MA | $40,749.41 | $40,749.41 | $679.16 |
| JEFFERSON CAPITAL SYSTEMS | U # | $459.32 | $459.32 | P/R |

Claim type code: P- Priority; S- Secured; M- Mortgage; MA- Mortgage Arrearage; SA-Arrearage; U- Unsecured; P/R- Pro-rata; SC- Surrender Collateral; D- Claim Disallowed; L-Late Claim; **No Claim filed; * Includes interest, if applicable, # - Filed after original Exhibit-A entered.