UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

PHYLIS LASHLEY RODGERS  Case No:3:06-bk-03042-TBA

Debtor

## CHAPTER 13 FINAL REPORT AND ACCOUNTING

Case Filed: September 30, 2006
Plan Confirmed: January 4, 2007
Case COMPLETED: May 6, 2008

**TOTAL TRUSTEE RECEIPTS** $86,626.17

**TOTAL DISBURSEMENTS TO:**
Priority Creditors $11,472.63
Secured Creditors $69,245.22
Unsecured Creditors $2,315.96
Trustee Fee $3,573.98
Debtor Refund $18.38
  Total Disbursements $86,626.17
  Balance on Hand $0.00

DISBURSEMENTS TO CREDITORS

| Creditor | Class | Allowed | Prin Paid | Balance |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | P | $2,275.00 | $2,275.00 | $0.00 |
| STATE OF FL-DEPARTMENT OF REVEN | P | $7,547.63 | $7,547.63 | $0.00 |
| WILLIAM EARL HORNE, JR ESQUIRE | P | $1,650.00 | $1,650.00 | $0.00 |
| CITI RESIDENTIAL LENDING INC | S | $40,749.41 | $40,749.41 | $0.00 |
| CITI RESIDENTIAL LENDING INC | S | $25,059.29 | $25,059.29 | $0.00 |
| ORTEGA BLUFF HOMEOWNERS ASSOC | S | $3,436.52 | $3,436.52 | $0.00 |
| CAPITAL ONE BANK | U | $1,127.00 | $1,127.00 | $0.00 |
| STATE OF FL-DEPARTMENT OF REVEN | U | $729.64 | $729.64 | $0.00 |
| JEFFERSON CAPITAL SYSTEMS | U | $459.32 | $459.32 | $0.00 |

In Re:                                                                    Case No:3:06-bk-03042-TBA
PHYLIS LASHLEY RODGERS

## CHAPTER 13 FINAL REPORT AND ACCOUNTING

Dated this 12th day of June, 2008.

                                                                              /s/ Douglas W. Neway
                                                                   DOUGLAS W. NEWAY, Trustee
                                                                   Florida Bar No. 709948
                                                                   Post Office Box 4308
                                                                   Jacksonville, Florida  32201-4308
                                                                   Phone: (904) 358-6465
Copies to:                                                   Fax: (904) 634-0038
Debtor
William Earl Horne, Jr Esquire
U.S. Trustee