UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                         Case No. 3:06–bk–03042–TBA
                                                Chapter 13

Phylis Lashley Rodgers

            Debtor(s)           /

## ORDER APPROVING CHAPTER 13 TRUSTEE'S REPORT DISCHARGING TRUSTEE, CANCELLING BOND AND CLOSING ESTATE

   It appearing to the Court that the Trustee has completed all disbursements due under the Plan, and has rendered a full and complete account thereof, and that said Trustee has performed all other and further duties required in the administration of said estate, it is hereby

   ORDERED:

   1. The report of the Trustee in this Chapter 13 case is approved.

   2. The Trustee is discharged and relieved of his trust; and the portion of the Master Bond of the Trustee in this estate is cancelled and the Trustee is released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

   Dated July 22, 2008 .

                                                                              Jerry A. Funk
                                                                              United States Bankruptcy Judge

   Copies furnished to:
   Debtor(s)
   Debtor(s)' Attorney
   Trustee

United States Trustee